JS-6

| | |
|---|---|
| ESPERANZA VILLEGAS, an individual<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. CV 17-7094-GW(PJWx)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Case Filed: September 26, 2017<br>State Court Action Filed: August 25, 2017<br>Pretrial Conference: July 26, 2018 at 8:30 a.m.<br>Jury Trial: August 7, 2018, 9:00 a.m. |

On June 27, 2018, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 29, 2018

_____
**GEORGE H. WU, U.S. District Judge**

# PROOF OF SERVICE

I am a citizen of the United States. My business address is Nicolson Law Group, PC, 6320 Canoga Avenue, Suite 750, Woodland Hills, California 91367. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

## [PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

☒ **(BY CM/ECF)** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐ **(BY FAX)** I transmitted via facsimile, from facsimile number 818.858.1124, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

☐ **(BY E-MAIL)** On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☒ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

Steven L. Mazza, Esq. Bar No. 101076
  mazza@czrlaw.com
Sark Ohanian, Esq. Bar No. 208905
  sark@czrlaw.com
CARPENTER, ZUCKERMAN & ROWLEY, LLP
8827 West Olympic Boulevard
Beverly Hills, CA 90211
Office: (310) 273-1230
Fax: (310) 858-1063
Attorneys for Plaintiff ESPERANZA VILLEGAS

☐ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 27, 2018, at Los Angeles, California.

                                        /s/ *Rachel Robledo*
                                        Rachel Robledo